# LITE DEPALMA GREENBERG & RIVAS, LLC
ATTORNEYS AT LAW

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
WWW.LDGRLAW.COM

March 5, 2009

**VIA ECF**

Clerk, United States District Court
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street – Room 2042
Newark NJ 07102

  Re: **Everett Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.**
    **Civil Action No. 08-3156 (JLL)(CCC)**

Dear Clerk:

  This firm, together with Crowell & Moring, LLP, represents the defendant in the above-referenced matter. Please be advised the C. Randolph Ross's office address and email address has changed. The new information for Mr. Randolph is as follows:

C. Randolph Ross
Breckenridge Pharmaceutical, Inc.
15 Massirio Drive, Suite 201
Berlin, CT 06037
Email: rross@bpirx.com

  Please send all future electronic notifications to the above individual at his new email address. Thank you for your attention to this matter.

              Respectfully,

              Mayra V. Tarantino

MVT:cd

201957 v1