

**LITE DEPALMA
GREENBERG & RIVAS, LLC**
ATTORNEYS AT LAW

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
WWW.LDGRLAW.COM

March 13, 2009

**VIA ECF**

Honorable Claire C. Cecchi, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street – Room 2042
Newark NJ  07102

    Re:    **Everett Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.
Civil Action No. 08-3156 (JLL)(CCC)**

Dear Judge Cecchi:

    I write on behalf of both parties to request an extension of the current schedule for completing fact and expert discovery. The parties have conferred and agree on a revised scheduled. I enclose, for Your Honor's consideration, the parties' proposed form of order. If same meets with Your Honor's approval, the parties respectfully request the entry of same.

    Respectfully,

    Mayra V. Tarantino

MVT:cd
Enclosure
cc:    All Counsel (w/enclosure) (via email)

203062 v1